IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, and LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>Plaintiffs,<br>v.<br><br>PCS NITROGEN FERTILIZER, L.P.,<br><br>Defendant. | No.<br><br>CIVIL COMPLAINT |

## NOTICE OF LODGING OF CONSENT DECREE

The United States, by authority of the Attorney General of the United States and through the undersigned attorneys, hereby notifies the Court that, pursuant to 28 C.F.R. § 50.7, the enclosed Consent Decree is being *lodged* in this civil action concurrently with the filing of this Notice and the Complaint commencing this action brought pursuant to Section 3008(a) and (g) of the Resource Conservation and Recovery Act ("RCRA"), 42 United States Code ("U.S.C.") § 6928(a) and (g), and pursuant to the Louisiana Environmental Quality Act ("EQA"), La.R.S.30:2025, and the Louisiana Administrative Code, ("LAC"), 33:V.107 against PCS Nitrogen Fertilizer, L.P., ("PCS Nitrogen" or "Defendant"). The United States and the Louisiana Department of Environmental Quality ("LDEQ"), which is a co-plaintiff in this action, seek injunctive relief and the assessment of civil penalties for environmental violations at PCS

Nitrogen's fertilizer manufacturing facility, which is located in Louisiana on Highway 3115 between Highways 74 and 75 near Geismar, LA 70734, in Iberville and Ascension Parishes (the "Facility").

The Complaint alleges that PCS Nitrogen violated Sections 3004 and 3005 of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C.A. §§ 6924 and 6925, and their implementing regulations by failing to properly identify and manage certain waste streams as hazardous wastes. These corrosive (acidic) hazardous wastes were illegally mixed with process wastewater and phosphogypsum from phosphoric acid production that are exempted from the RCRA regulations under the Bevill Amendment for mineral processing wastes pursuant to 40 C.F.R. § 261.4(b)(7)(ii) (D) and (P). The resulting mixture of wastes was disposed of in surface impoundments.

The settlement requires PCS Nitrogen to treat over 1 billion pounds of acidic hazardous process wastewater over the next several years. The acidic hazardous process wastewaters will be contained in the phosphogypsum stack system and then treated in the newly constructed water treatment plant. The settlement also regulates the long-term closure of its phosphogypsum stacks and surface impoundments for over 50 years and requires PCS Nitrogen to ensure that financial resources will be available for environmentally sound closure of the Facility. PCS Nitrogen will provide over $84 million of financial assurance to secure the full cost of closure. The Consent Decree, if entered, will fully resolve the claims alleged in the Complaint by Plaintiffs.

As part of the settlement, PCS Nitrogen will comply with RCRA requirements to make RCRA hazardous waste determinations and properly manage all hazardous wastes in its phosphogypsum stacks and surface impoundments. This injunctive relief will be governed by the terms of the consent decree and by administrative agreements, permits, and/or orders issued by

LDEQ under its authorized state program, and subject to EPA's authorities under RCRA or any other applicable law. Additionally, PCS Nitrogen has completed certain site assessment and remedial activities pursuant to EPA and Louisiana regulations.

PCS Nitrogen also has agreed to provide financial assurance to cover the estimated $84 million needed to fund all closure and long-term care obligations at its Facility. The company further will pay a civil penalty of $1,510,023 for its past violations, to be split evenly between the United States and LDEQ. The proposed Consent Decree resolves only the specific violations alleged in the Complaint.

In Paragraph 98 of the proposed Consent Decree, PCS Nitrogen waives the formal service requirements set forth in Rules 4 and 5 of the Federal Rules of Civil Procedure and any applicable Local Rules of this Court including, but not limited to, service of a summons.

The proposed Consent Decree is subject to a public notice and comment period before it may be entered. Pursuant to Paragraph 96 of the proposed Consent Decree, 28 C.F.R. § 50.7 and La.R.S.30:2050.7, the public will have forty-five days in which to submit comments to the United States Department of Justice and the Louisiana Department of Environmental Quality on the proposed Consent Decree.

After the public comment period has expired, the United States will inform the Court of any public comments received and any responses thereto. If, after reviewing the public comments, the Environment and Natural Resources Division of the United States Department of Justice and the Louisiana Department of Environmental Quality conclude that the proposed Consent Decree should be entered, the United States and the Louisiana Department of Environmental Quality will seek entry as a final order of the Court. ***Because of the public***

*comment period, we respectfully request that the Court not execute the proposed Consent Decree at this time.*

WHEREFORE, the United States on behalf of Plaintiffs respectfully requests that this Court *receive the proposed Consent Decree for lodging only*, and that it refrain from acting upon the same until the period for public comment has expired and the United States has moved for entry of the proposed Consent Decree.

Dated: July 13, 2022

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice

        By: /s/ *Deborah M. Reyher*
        Deborah M. Reyher, New York Bar 1953553
        Senior Counsel
        Environmental Enforcement Section
        Environment and Natural Resources Division
        United States Department of Justice
        P.O. Box 7611, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-4113
        E-mail: deborah.reyher@usdoj.gov

        RONALD C. GATHE, JR.
        UNITED STATES ATTORNEY

        By: /s/ Davis Rhorer Jr.
        Davis Rhorer Jr., LBN 37519
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana 70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0685
        E-mail: davis.rhorer@usdoj.gov

OF COUNSEL:

MARCIA ELAZABETH MONCRIEFFE
Texas Bar 00797101
Assistant Regional Counsel
Office of the Regional Counsel
Mail Code 6RC-ER
U.S. Environmental Protection Agency
Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202-2733
E-mail: moncrieffe.marcia@epa.gov

LAURA WELLES
Maine Bar 009661
Attorney-Advisor
Office of Civil Enforcement
Mail Code 2249A
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460
E-mail: welles.laura@epa.gov

## CERTIFICATE OF SERVICE

      I certify that I am an employee of the Office of the United States Attorney for the Middle District of Louisiana, and that I caused true copies of the foregoing Notice of Lodging and attached Consent Decree, together with Appendices, to be served on July 13, 2022, via the electronic court filing system and via email, on counsel or other representatives for Defendant PCS Nitrogen Fertilizer, L.P. and the Louisiana Department of Environmental Quality as follows:

For PCS Nitrogen Fertilizer, L.P.:

Jane Borthwick, Esq.
Story Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
E-mail: jbstory@jonesday.com

For the Louisiana Department of Environmental Quality:

| | |
|---|---|
| Oscar Magee, Esq. | Jesika Lee (paralegal) |
| Office of the Secretary | Office of the Secretary |
| Legal Affairs Division | Legal Affairs Division |
| Louisiana Dept. of Environmental Quality | Louisiana Dept. of Environmental Quality |
| P.O. Box 4302 | P.O. Box 4302 |
| Baton Rouge, LA 70821-4302 | Baton Rouge, LA 70821-4302 |
| E-mail: oscar.magee@la.gov | E-mail: jesika.lee@la.gov |

  /s/  Deborah M. Reyher
Deborah M. Reyher, New York Bar 1953553
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-4113
E-mail: deborah.reyher@usdoj.gov