# Appendix 1
## (Facility Compliance Requirements)

Appendix 1 consists of the following attached documents:

Attachment A (Site Map of the Facility);

Attachment B (Figure of Phosphogypsum Stack System (with unit and equipment designation));

Attachment C (Operational Requirements During Phosphogypsum Stack System Closure);

Attachment D (Closure of Phosphogypsum Stack Systems or Components);

Attachment E (Critical Conditions and Temporary Measures);

Attachment F (Definitions for Attachments to the Consent Decree); and

Attachment G (Phosphogypsum Stack System Permanent Closure Plan Checklist).