

N
W E
S

Feet

0 600 1,200

Scale: 1" = 600'

SOURCE: AERIAL IMAGERY FLOWN BY GOOGLE EARTH JANUARY 1, 2021.

**Legend**

- Drainage Line
- Phosphogypsum Stack System Footprint
- Property Boundary

**APPENDIX 1, ATTACHMENT B MAP OF THE PHOSPHOGYPSUM STACK SYSTEM**

PCS NITROGEN FERTILIZER, LP
GEISMAR, LOUISIANA

| DRAWN BY: TJC | CHECKED BY: JEG | DATE: 5/6/21 |
|---|---|---|
| FILE NO. 06-13-0230C | APPROVED BY: JEG | FIGURE: 2 |

W:\Projects\2006\06-230C PCS Geismar\ArcGIS\ArcLayouts\20210503\Aerial Photograph Zoom.mxd