## ATTACHMENT D:  CLOSURE OF PHOSPHOGYPSUM STACK SYSTEMS OR COMPONENTS

### I.  Closure of Phosphogypsum Stack Systems or Components

(1) The requirements of this Attachment apply to the Phosphogypsum Stack System (Active and Inactive Components as defined in Attachment F, Appendix 1 of the Consent Decree) at the Facility.  Components that have received an approved closure certification from LDEQ in accordance with the LDEQ-issued solid waste permit prior to the lodging of the Consent Decree, shall be deemed to meet the requirements of Section II, Paragraphs (12)(a)-(b), (13)(a)-(c) and (14)-(15) of this Appendix 1, Attachment D.

(2) Prior to permanent closure of Phosphogypsum Stack 7, PCS Nitrogen may place Remediation Soils in Phosphogypsum Stack 7, provided that PCS Nitrogen has performed a hazardous waste determination on the Remediation Soils, and the results establish that the Remediation Soils do not exhibit hazardous waste characteristics for contaminants other than those naturally occurring in phosphate rock (i.e., cadmium, chromium, arsenic), and that the disposal will not delay permanent closure of Phosphogypsum Stack 7 in December 2023, as required by the Permanent Closure Plan schedule.  PCS Nitrogen shall maintain a log of each disposal of Remediation Soils within Stack 7, including:  (a) the volumes of Remediation Soils disposed in Stack 7; (b) the location within the Facility where the Remediation Soils were excavated; (c) the suspected source of contaminants in the Remediation Soils; and (d) the sampling and analysis data associated with each waste determination of Remediation Soils.  PCS Nitrogen shall include the log in its reports to EPA and LDEQ in accordance with Section VII (Reporting Requirements) of the Consent Decree, and maintain records pertaining to any Remediation Soils disposal on-site until the permanent closure of Stack 7.

### II.  Permanent Closure Requirements for the Phosphogypsum Stack System and Components

Applicability.  The following requirements apply to the Phosphogypsum Stack System or a Component.

(1) Permanent Phosphogypsum Stack System Closure Plan.  The Permanent Phosphogypsum Stack System Closure Plan ("Permanent Closure Plan") shall comply with the requirements of this Attachment and incorporate the information, plans and drawings specified in this Section II, or shall contain an explanation why the requirements are not applicable.  Information, plans and drawings presented in support of the Permanent Closure Plan shall be prepared under the direction of, and certified by, an Engineer, or as otherwise directed in this Attachment.

(2) Stack Closure Completion.  Closure of the Phosphogypsum Stack System or a Component shall be completed as required below:

(a) Except for the lined Components as specified in Paragraph (2)(b), below, Stack Closure of the Phosphogypsum Stack System shall be completed as soon as possible but no later than

1

five (5) years after the Phosphogypsum Stack System has been Permanently Deactivated unless an extension has been granted by EPA or LDEQ.

(b) Components (e.g., lined Phosphogypsum Stack 11, lined ponds, and lined conveyance ditches) necessary for closure-related or Long-Term Care management (e.g., Storage of Process Wastewater and Leachate, Storage of treated Process Wastewater, and Leachate) are not subject to the five (5)-year requirement specified in Section II, Paragraph (2)(a), above, provided that:

(i) The Component(s) have been identified in the approved Permanent Closure Plan for closing the Component(s);

(ii) The Component(s) begin closure within ninety (90) Days after the Component has ceased operating as specified in the Permanent Closure Plan;

(iii) The closing of the Component(s) (e.g., receiving Final Cover) meets the requirements of this Section II and as set forth in the approved Permanent Closure Plan and schedule; and

(iv) PCS Nitrogen complies with the requirements of Sections III and IV of this Attachment as applicable.

(3) <u>Closure Checklist and Permanent Closure Plan Approval</u>.  PCS Nitrogen has submitted a Permanent Closure Plan Checklist (Appendix 1, Attachment G) along with a Permanent Closure Plan for the Phosphogypsum Stack System to LDEQ and EPA, which LDEQ approved on July 7, 2022. PCS Nitrogen shall within thirty (30) Days of LDEQ's and EPA's approval of the Permanent Closure Plan and Closure Plan Checklist implement the approved Permanent Closure Plan.

(a) Any modification to the approved Permanent Closure Plan shall be submitted to LDEQ for approval pursuant to LAC 33:VII.517.A.  PCS Nitrogen shall not implement the requested modification until approved by LDEQ.

(b) PCS Nitrogen shall also provide notice pursuant to Section XIV (Notices) of the Consent Decree to EPA for the following requested modifications, below, to the Permanent Closure Plan.  Such notice shall include the information required under LAC 33:VII.519.B and C as applicable to the Facility.

(i) Repurposing a Component, specified in Section VI, Paragraph (1) of Attachment C of Appendix 1 of the Consent Decree, for PSS Closure activities not originally identified in the approved Permanent Closure Plan;

(ii) Updates and/or revisions to:

(A) Wastewater treatment protocol;

2

  (B) Groundwater Monitoring Plan;

  (C) Schedule for PSS Closure which extends the schedule by more than 180 Days;

  (D) Design of Final Cover;

  (E) Protocol to handle spills and leaks;

  (F) Site-specific Water Management Plan;

  (G) Site-specific Sludge Management Plan;

  (H) Long-Term Care Plan; and/or

  (I) Phosphogypsum Stack System Closure Operational Plan.

(4) <u>General Information Report</u>.  This report shall contain:

 (a) Identification of the Phosphogypsum Stack System;

 (b) Name, address and phone number of primary contact persons;

 (c) Identification of persons or consultants preparing the Permanent Closure Plan;

 (d) Present property owner and Phosphogypsum Stack System operator;

 (e) Location by township, range and section, and latitude and longitude of the Phosphogypsum Stack System;

 (f) A description of the physical configuration of the Phosphogypsum Stack System, including the total acreage of the Phosphogypsum Stack System;

 (g) Map of the property as set forth in Appendix 1, Attachment A (Site Map) of the Consent Decree;

 (h) Figure of Phosphogypsum Stack System with Component and/or unit designation set forth in Appendix 1, Attachment B (Figure of Phosphogypsum Stack System) of the Consent Decree; and

 (i) History and current status of the Phosphogypsum Stack System, including construction dates, a general factual description of operations and closure or post-closure activities.

(5) <u>Area Information Report</u>.  This report details the area in which the Phosphogypsum Stack System is located.  The report must use verifiable information.  The term "area" means that area that may affect or be affected by the Phosphogypsum Stack System, and at a minimum includes the land within a one-mile radius of the Phosphogypsum Stack System.  The report shall be

supplemented by maps and cross-section drawings.  The following topics shall be addressed in the report:

(a) Topography;

(b) Hydrology, including surface water drainage patterns and hydrologic features such as surface waters, springs, drainage divides and wetlands;

(c) Geology, including the nature and distribution of lithology, unconsolidated deposits, major confining units and sinkholes;

(d) Hydrogeology, including depth to groundwater table, groundwater flow directions, recharge and discharge areas used by public and private wells within one mile of the Phosphogypsum Stack System;

(e) Groundwater and surface water quality for surface waters outside the footprint of the Phosphogypsum Stack System or 1st Stage LSSI;

(f) Land use information.  The report shall include a discussion and maps indicating:

(i) Identification of adjacent land and landowners;

(ii) Zoning;

(iii) Present land uses; and

(iv) Roads, highways, rights-of-way, or other easements.

(6) <u>Cost Estimate</u>.  The Permanent Closure Plan shall include detailed information regarding the estimated costs to implement Phosphogypsum Stack System Closure ("PSS Closure").  In addition, the information provided in the Permanent Closure Plan shall comply with Section II (Cost Estimate), Appendix 2, of the Consent Decree.

(7) <u>Groundwater Monitoring Plan and Site-specific Information</u>.  The Groundwater Monitoring Plan referenced in Paragraph 17 of the Consent Decree is the applicable plan for purposes of this Attachment.

(8) <u>Surface Water Management</u>.  Phosphogypsum Stack Systems shall be operated to provide for the collection, control, and treatment, as necessary, prior to discharge of  surface runoff in accordance with Section III, Paragraph (2) of Attachment C of Appendix 1 of the Consent Decree.

(9) <u>Site-specific Water Management Plan</u>.  A Site-specific Water Management Plan has been developed and submitted to EPA/LDEQ and is Section 6 of the Permanent Closure Plan (Appendix 2, Attachment B).  It addresses the procedures and activities during PSS Closure to

4

manage, store, treat and for the disposition (e.g., disposal) of Process Wastewater, Leachate, and runoff from the Phosphogypsum Stack System in accordance with Section III of Attachment C of Appendix 1 of the Consent Decree.  Operation and maintenance of the Water Treatment Plant shall be included in the plan.

(10) <u>Site-specific Sludge Management Plan</u>.  A Site-specific Sludge Management Plan has been developed by a Third-Party Engineer and submitted to EPA/LDEQ and is Section 7 of the Permanent Closure Plan (Appendix 2, Attachment B).  The plan shall describe the procedures for management, Storage, treatment (if needed), and disposition (e.g., disposal) of the estimated volume of sludge and/or Phosphogypsum removed from the ponds, settling basins, and drainage conveyances, if any, and generated from wastewater treatment during PSS Closure.  All sludge and Phosphogypsum generated during PSS Closure shall be addressed in the Site-specific Sludge Management Plan, including but not limited to:

(a) Sludge generated from the treatment of Process Wastewater or Leachate; and

(b) Phosphogypsum accumulating in the ponds or associated ditches and conveyances that will be managed during PSS Closure (e.g., removed from ponds, settling basins, and drainage conveyances, if necessary, so they can be closed).

Operation and maintenance of the Water Treatment Plant as related to sludge management shall be included in the Site-specific Sludge Management Plan.

(11) <u>Assessment Report on the Effectiveness of Existing Phosphogypsum Stack System Design and Operation</u>.  Based on the Area Information Report and the Groundwater Monitoring Plan, a written assessment shall be prepared that discusses the effects of the Phosphogypsum Stack System on adjacent groundwater and surface waters outside the footprint of the Phosphogypsum Stack System or 1st Stage LSSI.  Specific information to be addressed:

(a) Effectiveness and results of the groundwater monitoring;

(b) Effects of surface runoff, drainage patterns, and existing stormwater controls; and

(c) Effectiveness and results of any Corrective Action.

(12) <u>Performance Standards</u>.  The Permanent Closure Plan shall address the following performance standards:

(a) Phosphogypsum Stack System Closure shall be designed to protect human health and the environment by:

(i) Controlling, minimizing or eliminating the post-closure escape of Phosphogypsum, Process Wastewater, Leachate, and contaminated runoff to groundwater and surface waters outside the footprint of the Phosphogypsum Stack System or 1st Stage LSSI;

(ii) Minimizing Leachate generation;

(iii) Detecting, collecting, and removing Leachate and Process Wastewater efficiently from the Phosphogypsum Stack System and promoting drainage of Process Wastewater and Leachate from the Phosphogypsum Stack;

(iv) Being compatible with any required groundwater or surface water (for surface water outside the footprint of the Phosphogypsum Stack System or 1st Stage LSSI) corrective measures or Corrective Action;

(v) Minimizing the need for further maintenance; and

(vi) Including the testing, monitoring and maintenance of established wells for groundwater sampling.

(b) Final Cover shall be designed to protect human health and the environment by:

(i) Promoting drainage off the Phosphogypsum Stack;

(ii) Minimizing ponding;

(iii) Minimizing erosion;

(iv) Minimizing infiltration into the Phosphogypsum Stack; and

(v) Functioning with little or no maintenance.

(c) Treatment of Process Wastewater, Leachate, or sludge during PSS Closure shall be designed to protect human health and the environment by:

(i) Sampling and analyzing the Process Wastewater and Leachate and treating, if necessary, prior to discharge in accordance with Section III, Paragraphs (3) and (4) of Attachment C of Appendix 1 of the Consent Decree; and

(ii) Sampling and analyzing the sludge and treating, if necessary, to meet the applicable federal and/or state standards to the extent the sludge is not closed in place under the LDEQ solid waste permit.

(d) Closure of ponds and drainage conveyances storing Process Wastewater and Leachate shall be designed to protect human health and the environment by:

(i) Removing from the ponds and drainage conveyances all Process Wastewater and Leachate as soon as practical, with treatment and subsequent disposition of the Process Wastewater and Leachate in accordance with Section III, Paragraphs (3) and (4) of Attachment C of Appendix 1 of the Consent Decree;

6

(ii) Placing any Phosphogypsum that may be removed from a pond, settling basin, or drainage conveyance into a Phosphogypsum Stack in accordance with this Attachment and the approved Permanent Closure Plan.  The Permanent Closure Plan shall contain a detailed description of procedures and activities for removing and/or treating the Phosphogypsum, methods for sampling and testing surrounding soils, and criteria for determining the extent of removal required to satisfy the performance standards specified in this Attachment.

(13) Closure Design Plan.  A Closure Design Plan shall be prepared by an Engineer to meet the performance standards specified in this Paragraph and Section II, Paragraph (12) above, and shall be based on the Area Information Report, Groundwater Monitoring Plan, and assessment of the effectiveness of the existing Phosphogypsum Stack System design and operation.  The Closure Design Plan shall consist of engineering plans, a report on closing procedures, and monitoring and maintenance activities that shall apply during PSS Closure.  The Closure Design Plan shall include the following information:

(a) A plan sheet showing phases of site closing.

(b) Drawings showing existing topography, proposed final elevations and grades, pertinent features (e.g., drainage outlets, drainage decant structures), and appropriate cross-sections.

(c) For Phosphogypsum Stack Systems, Final Cover installation plans showing the sequence of applying Final Cover, including thickness and type of material that shall be used.  All Phosphogypsum Stack Systems shall have a Final Cover designed to meet the performance standards and criteria set forth in Section II, Paragraph (13)(c)(i)-(v), below.  Final Cover shall be placed over the entire surface of the Phosphogypsum Stack System.  The Final Cover shall be vegetated with drought-resistant species to control erosion, whose root systems will not penetrate any low-permeability barrier layer required on the top gradient (or alternative, approved in accordance with the Consent Decree or this Attachment).  Water balance calculations, based on available climatic data, shall be prepared that estimate the rates and volumes of water infiltrating the Final Cover, collected by any Leachate Collection System, and migrating out of the bottom of the Phosphogypsum Stack or Liner system.  Final Cover may consist of synthetic membranes, soils, or chemically or physically amended soils as specified in Section II, Paragraph (13)(c)(i)-(v), below.  Placement of a clay barrier layer or protective clay layer shall meet the performance standards and criteria specified in Section 6 of the Closure Construction Quality Assurance Plan ("Closure Construction QA Plan").  Consistent with LAC 33:VII.315.N, alternate Final Covers may be submitted for review and approval by LDEQ and/or EPA, provided they meet the minimum performance standards and criteria specified below in Section II, Paragraph (13)(c)(i)-(v).

(i) Top gradient Final Cover of Phosphogypsum Stacks shall be designed to prevent or minimize ponding and low spots, sustain vegetation, minimize erosion and infiltration, and at a minimum shall meet the performance standards and criteria specified in Section

7

II, Paragraph (13)(c)(i)(A) or (B), below, and shall meet the performance standards and criteria of Section II, Paragraph (13)(c)(i)(C), below.

(A) A clay barrier layer shall be at least twenty-four (24)-inches thick, emplaced in six (6)-inch lifts. The clay barrier layer shall have a maximum permeability of $1 \times 10^{-7}$ cm/sec. At least a six (6)-inch thick layer of top soil that shall sustain vegetation to control erosion shall be placed on top of the clay barrier layer. Material specifications, installation methods, and compaction specifications shall be adequate to protect the clay barrier layer from damage during placement and remain stable when receiving the six (6)-inch thick layer of top soil and the final design slopes.

(B) A Geomembrane Liner that shall be a semi-crystalline thermoplastic (e.g., High-Density Polyethylene ("HDPE")) at least forty (40) mils thick, be chemically and physically resistant to materials it may come in contact with, and withstand exposure to the natural environmental stresses and forces throughout the installation, seaming process, and settlement of the Phosphogypsum during the PSS Closure. A protective clay layer of at least eighteen (18) inches thick shall be placed on top of the Geomembrane. The eighteen (18)-inch thick clay layer shall be compacted and achieve a maximum permeability of $1 \times 10^{-4}$ cm/sec and minimum density in a single lift with demonstrated and tested field compaction for the upper twelve (12) inches. (Placement and compaction performance standards and criteria are in Section 6.4.2 of the Closure Construction QA Plan.) At least a six (6)-inch thick layer of top soil, that shall sustain vegetation to control erosion, shall be placed on top of the protective clay layer. Material specifications, type of vegetation, installation methods, and compaction specifications shall be adequate to: (i) protect against damage during placement of the Geomembrane, (ii) protect the Geomembrane from damage during placement of the protective cover, and (iii) protect against root penetration, resist erosion, and remain stable on the final design of the top gradient and transition to slopes.

(C) The drainage swales associated with the top gradient of the Phosphogypsum Stack shall meet the Final Cover performance standards of Section II, Paragraph (12)(b), and the criteria of Section II, Paragraph (13)(c)(i)(B), above. In addition, for the drainage system: (1) the material specifications of the drainage system (e.g., stormwater inlet structures, decant structure, piping) shall be chemically and physically resistant to materials it may come in contact with; and (2) installation methods shall be adequate to protect the Final Cover, prevent the erosion of the Final Cover and minimize infiltration.

(D) An alternate Final Cover for the top gradient of the Phosphogypsum Stack shall consist of a barrier layer, a protective soil layer over the barrier layer and vegetative growth. The alternative Final Cover shall be designed to meet the performance standards for Final Cover in Section II, Paragraph (12)(b) and provide, at a minimum, the equivalent degree of protection (e.g., minimize infiltration, erosion, etc.) achieved if the Final Cover conformed with the criteria set forth in Section II, Paragraph

8

(13)(c)(i)(A) or (B), and Section II, Paragraph (13)(c)(i)(C), above.  The request for an alternate Final Cover for the top gradient must be submitted and approved by LDEQ and/or EPA.

(ii) Side slopes and all other grades, except those grades associated with the top gradient and with Cooling Ponds, Surge Ponds, Auxiliary Holding Ponds ("AHPs"), lime treatment sludge ponds within the definition of the Phosphogypsum Stack System, Process Wastewater and Leachate channels and ditches, and Toe drainage swales, shall be designed to minimize erosion of the Final Cover material and infiltration.  Such designs shall consider the erosion susceptibility of the material proposed for Final Cover relative to historical rainfall patterns for the area, the ability to establish and maintain vegetation and special maintenance procedures proposed to address and minimize infiltration and erosion.  In addition, for the side slopes of the Phosphogypsum Stack, the following criteria shall be applicable:

(A) The steepness of all the side slopes of the Phosphogypsum Stack System shall be no steeper than three (3)-feet horizontal run to one (1)-foot vertical rise (3H:1V), unless otherwise approved by LDEQ and/or EPA.

(B) The Final Cover shall consist of a clay barrier layer of at least twenty-four (24)-inches thick, placed in six (6)-inch thick compacted lifts, unless an alternative lift thickness is approved within the sole discretion of LDEQ and/or EPA.  The twenty-four (24)-inch thick clay layer shall be compacted and have a maximum permeability of $1 \times 10^{-7}$ cm/sec and minimum density for each six (6)-inch lift demonstrated with field compaction testing for each six (6)-inch lift.  PCS Nitrogen may utilize eight (8)-inch lifts by demonstrating a maximum permeability of $1 \times 10^{-7}$ cm/sec and minimum density for each eight (8)-inch lift through field compaction testing. (Placement and compaction performance standards and criteria are in Section 6.4.3 of the Closure Construction QA Plan, including laboratory testing to establish minimum compaction.)  At least a six (6)-inch thick layer of top soil, that shall sustain vegetation to control erosion, shall be placed on top of the clay barrier layer.  Material specifications, type of vegetation, installation methods, and compaction specifications shall be adequate to:  (i) protect against damage during placement of the clay barrier layer, (ii) protect against damaging the clay barrier layer when putting in place protective cover (i.e., six (6)-inch thick layer of top soil), and (iii) protect against root penetration, resist erosion, and remain stable on the final design slopes.

(C) An alternative Final Cover for the side slopes and other grades, may be requested, consisting of a barrier layer (including protective soil layer) and vegetation.  The alternative Final Cover shall be designed to meet the performance standards set out in Section II, Paragraph (12)(b) and provide, at a minimum, the equivalent protection achieved if the Final Cover conformed to the criteria set forth in Section II, Paragraph (13)(c)(ii)(B), above.  The request for an alternative Final

Cover for the side slopes and other grades must be submitted and approved by LDEQ and/or EPA.

(iii) Final Cover for the side slope and drainage swales, if side slope swales are an aspect of the Phosphogypsum Stack design, except drainage swales associated with the top gradient of the Phosphogypsum Stack,[1] shall be designed to prevent or minimize ponding and low spots, minimize erosion and infiltration, and at a minimum meet the performance standards of Section II, Paragraph (12)(b) and the criteria of either Section II, Paragraph (13)(c)(iii)(A) or (B), below:

(A)  Except for drainage swales associated with the top gradient of a Phosphogypsum Stack, all other drainage swales shall use textured Geomembrane.  The textured Geomembrane used in these drainage swales shall be a semi-crystalline thermoplastic HDPE at least sixty (60)-mils thick installed over graded/compacted Phosphogypsum, be chemically and physically resistant to materials it may come in contact with, and withstand exposure to the natural environmental stresses and forces throughout the installation, seaming process, and settlement of the Phosphogypsum during PSS Closure.  A protective clay layer at least eighteen (18)-inches thick shall be placed on top of the Geomembrane Liner.  The eighteen (18)-inch thick clay layer shall be compacted and achieve a maximum permeability of $1 \times 10^{-4}$ cm/sec and minimum density in a single lift with field compaction testing for the upper twelve (12) inches. (Placement and compaction performance standards and criteria are in Section 6.4.2 of the Closure Construction QA Plan.)  At least a six (6)-inch thick layer of top soil, that shall sustain vegetation to control erosion, shall be placed on top of the protective clay layer except for the Toe drainage swale(s) (i.e., receive no layer of top soil). Material specifications, type of vegetation, installation methods, and compaction specifications shall be adequate to:  (i) protect against damage during placement of the Geomembrane, (ii) protect against damaging the Geomembrane Liner when putting in place the protective cover (i.e., eighteen (18)-inch thick layer of clay), and (iii) protect against root penetration, resist erosion, and remain stable on the final design slopes.

(B) An alternative Final Cover may be submitted to and must be approved by LDEQ and/or EPA and shall consist of a barrier layer (including the protective soil layer) and vegetative layer for the side slope swales.  The alternative Final Cover shall be designed to meet the performance standards for Final Cover in Section II, Paragraph (12)(b) (e.g., minimize infiltration, erosion, etc.) and provide, at a minimum, the equivalent degree of protection as would be achieved if the Final Cover conformed to the criteria set forth in Section II, Paragraph (13)(c)(iii)(A), above.

---

[1] The drainage swales associated with the top gradient of a Phosphogypsum Stack are addressed in Section II, Paragraph (13)(c)(i) of this Attachment.

(iv) In accordance with an approved Permanent Closure Plan, the Final Cover for Cooling Ponds, Surge Ponds, AHPs, lime treatment sludge ponds, and drainage conveyances within the Phosphogypsum Stack System shall be designed to minimize ponding, infiltration, and erosion, and to control, minimize, or eliminate the post-closure escape of Phosphogypsum, Process Wastewater, Leachate, and contaminated runoff to groundwater and surface waters outside the footprint of the Phosphogypsum Stack System or 1st Stage LSSI.  Such a design, depending on the activities under the performance standards and criteria of Section II, Paragraphs (12)-(13) herein, may require providing a suitable barrier layer (e.g., Geomembrane, re-compacted soil) and an adequate protective soil layer that can sustain vegetation.  In addition, the closure design shall at a minimum include material specifications (e.g., soil, fill material), vegetation type, installation methods (e.g., grading, excavation), and compaction specifications adequate to meet the performance standards and criteria.  Requests to repurpose Components of the Phosphogypsum Stack System shall be submitted to LDEQ for approval according to Appendix 1, Attachment C, Section VI of this Consent Decree.

(v) No large or rigid objects may be placed in the Phosphogypsum Stack System in a manner that may damage the Liner or Leachate Collection System and, with the exception of Liners installed at the Toe of the Phosphogypsum Stack, in no case shall such objects be placed within ten (10) vertical feet of the Liner or Leachate Collection System, unless approved by LDEQ and/or EPA.

(vi) If Geomembranes are a condition of Final Cover as set forth in this Section II, Paragraph (13), the Geomembranes shall meet the conditions specified in Section II, Paragraph (14) of this Attachment (Closure Construction Quality Assurance Plan), and the following requirements:

(A) Have factory and field welded seams whose shear strengths during testing are at least ninety percent (90%) of the specified minimum yield strength for that lining material, and the failure shall occur in the lining material outside the seam area.  All field welded seams shall be double-wedge fusion seams or extrusion welded seams (as described in the Closure Construction Quality Assurance Plan) and must also be visually inspected, and pressure or vacuum tested for seam continuity using suitable non-destructive techniques;

(B) Meet the specification contained in method GRI GM13 or updates thereof; and

(C) Be subjected to continuous spark testing or an industry-accepted equivalent test at the production facility prior to delivery to the site for installation.  If the continuous spark testing detects any defect, the tested material must be rejected and not delivered to the site.

(vii) The Closure Design Plan shall describe provisions for cover material for Long-Term Care erosion control, filling other depressions, maintaining Berms, vegetation and general maintenance of the Phosphogypsum Stack System, and shall specify the

11

anticipated source and amount of material necessary for proper closure of the Phosphogypsum Stack System.

(d) Include a detailed description of the Leachate Collection System that is, in addition to the performance standards specified in Section II, Paragraph (12)(a)(i)-(iii) and Section II, Paragraph (16)(m)(iii)-(vi), designed to prevent Leachate from causing violations of applicable groundwater or surface water quality standards (for surface water outside the footprint of the Phosphogypsum Stack System or 1st Stage LSSI).

(e) Demonstrate how through the closure design plan and Long-Term Care activities the Phosphogypsum Stack System will meet applicable groundwater and surface water quality standards of the State of Louisiana during PSS Closure (for surface water outside the footprint of the Phosphogypsum Stack System or 1st Stage LSSI). The Groundwater Monitoring Plan and sampling schedule may be adjusted for a Phosphogypsum Stack System where groundwater contamination is not evident or corrective measures have been taken to correct contamination.

(f) Include in the Closure Design Plan the activities that shall control stormwater runoff and run-on at the Phosphogypsum Stack System.

(i) Such a description shall also address the structures for transportation and disposition of stormwater runoff and run-on at the Phosphogypsum Stack System.

(ii) Stormwater or other waters that mix with Leachate shall be considered to be Leachate and managed as Leachate in accordance with Section III, Paragraph(3), Attachment C, of Appendix 1 of the Consent Decree.

(g) A description of how access to the closed Phosphogypsum Stack System or Component shall be restricted to prevent any future waste dumping or use of the Phosphogypsum Stack System or Component by unauthorized persons. The description shall address the security provisions specified in Section II, Paragraph (16)(n) of this Attachment. Restricted access shall remain in force until the Phosphogypsum Stack is stabilized, there is no evidence that the property will be used in an unauthorized manner (e.g., waste dump), and LDEQ and/or EPA receive and accept a certification of Long-Term Care.

(h) A description of any proposed future use of the Phosphogypsum Stack System or Component. Any proposed future use of the Phosphogypsum Stack System or Component must be approved by LDEQ.

(14) Closure Construction Quality Assurance Plan. A detailed Construction Quality Assurance Plan was developed for construction activities associated with PSS Closure, including each component of the Final Cover, and submitted to LDEQ on July 23, 2020 for review and approval. LDEQ approved the Closure Construction Quality Assurance Plan on May 12, 2022. Records shall be kept to document construction quality and demonstrate compliance with plans

and specifications.  The plan shall address, at a minimum, the applicable requirements of this Attachment, Attachment C of this Appendix, and the following:

(a) Specify scope of work and construction activities;

(b) Quality assurance test procedures and sampling frequencies;

(c) Contractor and Engineer reporting requirements;

(d) For compacted clay Soil Liner as low permeability barrier, at a minimum:

    (i) Construction methods shall be based upon the type and quality of the soil, which may include the amending of the soil with bentonite;

    (ii) Soil conditioning, placement, and compaction shall be in accordance with this Attachment D, Appendix 1 of the Consent Decree, and the approved Permanent Closure Plan;

    (iii) Final compacted thickness of each lift for a clay barrier Liner as specified in Section II, Paragraph (13)(c)(i)-(ii).

    (iv) Prior to placement of successive lifts, the surface of the lift in place shall be scarified or otherwise conditioned to eliminate lift interfaces; and

    (v) The final lift shall be protected from environmental degradation;

(e) For Geomembrane Liner as low permeability barrier, at a minimum:

    (i) Conforms to the installation requirements and recommendations of the manufacturer;

    (ii) The surface of the supporting materials upon which the Geomembrane will be installed shall be reasonably free of stones, organic matter, protrusions, loose material and any abrupt change in the grade that could damage the Geomembrane;

    (iii) Field seaming preparations and methods, general orientation criteria, and restrictive weather conditions;

    (iv) Anchor trench design;

    (v) Critical tensile forces and slope stability;

    (vi) Protection from environmental damage;

    (vii) Physical protection from materials installed directly above the Geomembrane; and

(viii) Soil conditioning, placement, and compaction shall be in accordance with this Attachment D, Appendix 1 of the Consent Decree, and the approved Permanent Closure Plan.

(15)  <u>Closure Construction Quality Assurance Report</u>.  Upon completion of closure activities, a Closure Construction Quality Assurance Report ("CQA Report") prepared by an Engineer shall be submitted to LDEQ and EPA.  This CQA Report shall be submitted with the Certification of Closure or Certification of Partial Closure as required in Section III, Paragraph (3)(a)-(c) of this Attachment, as applicable.  The final report shall include at least the following information:

(a) Listing of personnel involved in closure construction and quality assurance activities;

(b) Scope of work;

(c) Outline of construction activities;

(d) Quality assurance methods and procedures;

(e) Test procedures and results (destructive and non-destructive, including laboratory results, failed testing results, procedures used to correct improperly installed material or to achieve maximum permeability, and retesting to evidence adequate placement, construction or achieving maximum permeability); and

(f) Record drawings.

(16) <u>Phosphogypsum Stack System Closure Operation Plan</u>.  This portion of the Permanent Closure Plan shall:

(a) Be designed to protect human health and the environment;

(b) Describe the actions that will be taken to close the Phosphogypsum Stack System or Component, such as placement of Final Cover, grading, construction of Berms, ditches, roads, retention-detention ponds, installation or closure of wells and boreholes, installation of fencing or seeding of vegetation, and protection of on-site utilities, rights-of-way and easements;

(c) Describe the process, as specified in Section II, Paragraph (3)(a) of this Attachment, to request and receive approval of a modification for the Permanent Closure Plan from LDEQ, and to provide notice regarding certain requested modifications pursuant to Section XIV (Notices) of the Consent Decree to EPA;

(d) Describe the immediate action to address spills and leaks that occur during PSS Closure including but not limited to the treatment, Storage, and/or disposal of the recovered waste resulting from the spill or leak;

(i) Recovered Process Wastewater and Leachate from a spill or leak that occurs within the footprint of the Phosphogypsum Stack System (*see* Appendix 1, Attachment B of the Consent Decree) or during Transport for treatment at the Water Treatment Plant, that is immediately addressed and not otherwise contaminated, shall be placed in the Active Clearwell or in the Stack 11 impoundment and routed for treatment in the on-site Water Treatment Plant in accordance with LDEQ Solid Waste Permit P-0201R2-M4, as modified or renewed by LDEQ;

(ii) Soil or Final Cover Materials within the Phosphogypsum Stack System (*see* Appendix 1, Attachment B of the Consent Decree) impacted by a spill or leak of Process Wastewater or Leachate may be placed in Phosphogypsum Stack 7 in accordance with LDEQ Solid Waste Permit P-0201R2-M4, as modified or renewed by LDEQ, if: (A) PCS Nitrogen performs a proper hazardous waste determination on the soil or cover materials impacted by a spill or leak of Process Wastewater; (B) the hazardous waste determination confirms that these wastes are regulated as non-hazardous solid waste; and (C) the disposal will not delay permanent closure of Phosphogypsum Stack 7 in December 2023, as required by the Permanent Closure Plan schedule;

(iii) Except as provided in (d)(i), above, waste from a spill or leak shall be managed as a hazardous waste unless it can be demonstrated, in accordance with 40 C.F.R. § 261.3(c) and (d), that the recovered waste is not a hazardous waste;

(e) Provide a schedule for completion of the PSS Closure.  Such schedule shall take into account the provisions in Section II, Paragraph(2) of this Attachment;

(f) Contain appropriate references to the Closure Design Plan (Section II, Paragraph (13)), Area Information Report (Section II, Paragraph (5)), Groundwater Monitoring Plan (Section II, Paragraph (7)), Site-specific Water Management Plan (Section II, Paragraph (9)), Site-specific Sludge Management Plan (Section II, Paragraph (10)), and other supporting documents;

(g) Develop and include an inspection plan and schedule for PSS Closure activities (e.g., installation of Final Cover, field testing, wastewater treatment unit, evaluation of drainage, erosion of Final Cover), and for the Components continuing to operate (e.g., Perimeter Ditch, Clearwells, lime treatment sludge pond within the footprint of the Phosphogypsum Stack System);

(h) Develop and include an operational log that shall record, but not be limited to: (i) inspections, monitoring, sampling, maintenance activities and repairs of the Phosphogypsum Stack System, (ii) water inventory information, (iii) inspection/evaluation of the Phosphogypsum Stack System immediately before and following a significant weather event, (iv) spills and leaks during PSS Closure and the actions taken to address the spills and leaks, (v) operation, maintenance, and inspection of the Water Treatment Plant, including any lime treatment sludge pond within the footprint of the Phosphogypsum Stack System, and (vi) emergency situations as covered by the Contingency Plan;

(i) Indicate any additional equipment and personnel needed to complete PSS Closure;

(j) Describe any proposed use of the Phosphogypsum Stack System or Component for Storage and/or management of water and wastewaters (e.g., precipitation, Process Wastewater and Leachate (untreated and treated), and runoff) that is not otherwise specified in the Site-specific Water Management Plan;

(k) Describe how the Phosphogypsum Stack System's closed design addresses stormwater, run-on and runoff, piping, roadway ditching, drainage, side ditches interrupting sheet flow from rainfall, or other issues that may affect erosion and maintenance of the closed Phosphogypsum Stack System;

(l) Describe roadway design that allows access and egress for future inspections, maintenance and repairs;

(m) Include Long-Term Care Plan that addresses at a minimum:

  (i) Monitoring, maintenance and reporting in accordance with Groundwater Monitoring Plan;

  (ii) Maintenance and monitoring of the Final Cover of the Phosphogypsum Stack System or Component, including repairs to maintain the integrity and effectiveness of the Final Cover (e.g., making repairs necessary to correct the effects of settlement, subsidence, erosion, or other events);

  (iii) Continued operation of the Leachate Collection Systems until Leachate is no longer detected;

  (iv) Maintenance and monitoring of Leachate Collection Systems at the Phosphogypsum Stack to, at a minimum, minimize clogging and facilitate the collection and removal of Leachate;

  (v) Maintenance and monitoring of any leak detection systems at the Active and Inactive Clearwells, and other impoundments or conveyances, containing untreated Process Wastewater or Leachate to, at a minimum, minimize clogging and collect and remove liquids;

  (vi) Prevent run-on and runoff from eroding or otherwise damaging the Final Cover;

  (vii) Reporting to LDEQ, within ten (10) Days of identifying a needed repair, methodology, and a schedule for completion; and

16

(viii) Operation, maintenance, and inspection of the Water Treatment Plant, including any lime treatment sludge pond within the footprint of the Phosphogypsum Stack System.

(n) Include security requirements for PSS Closure that shall prevent the unknowing entry, and minimize the possibility for the unauthorized entry, of persons or livestock/wildlife onto the Phosphogypsum Stack System.  Such security requirements shall, at a minimum, include (n)(i) and (ii), below, and be developed to safeguard against physical contact with or disturbance of the Phosphogypsum, Process Wastewater and Leachate, structures or equipment associated with the Phosphogypsum Stack System or PSS Closure.

(i) Control entry to the Phosphogypsum Stack System by either:

(A) A twenty-four (24)-hour surveillance system (e.g., television monitoring or surveillance by guards or Facility personnel) which continuously monitors and controls entry onto the Phosphogypsum Stack System and/or contact with closure activities of the Phosphogypsum Stack System at the Facility; or

(B) An artificial or natural barrier (e.g., fence in good repair or a fence combined with a cliff), which completely surrounds the Phosphogypsum Stack System and/or area undertaking closure activities of the Phosphogypsum Stack System at the Facility, and a means to control entry, at all times, through gates or other entrances to the Phosphogypsum Stack System and/or area undertaking closure activities of the Phosphogypsum Stack System at the Facility (e.g., an attendant, television monitors, locked entrance, or controlled roadway access to the Phosphogypsum Stack System and/or area undertaking closure activities of the Phosphogypsum Stack System at the Facility).

(ii) Signage for the Phosphogypsum Stack System and/or area undertaking closure activities of the Phosphogypsum Stack System at the Facility, with the legend, "Danger – Unauthorized Personnel Keep Out," posted at each entrance to the Phosphogypsum Stack System and/or area undertaking closure activities of the Phosphogypsum Stack System at the Facility, and at other locations, in sufficient numbers to be seen from any approach to the Phosphogypsum Stack System and/or area undertaking closure activities of the Phosphogypsum Stack System at the Facility.  The legend must be in English and in any other language predominant in the area surrounding the Facility, and shall be legible from a distance of at least twenty-five (25) feet.  Existing signs with a legend other than "Danger – Unauthorized Personnel Keep Out," may be used if the legend on the sign indicates that only authorized personnel are allowed to enter the Phosphogypsum Stack System and/or area undertaking closure activities of the Phosphogypsum Stack System at the Facility, and that entry onto the Phosphogypsum Stack System and/or area undertaking closure activities of the Phosphogypsum Stack System at the Facility can be dangerous.

(17) Certification by the Engineer.  Information, plans, and drawings presented in support of the Permanent Closure Plan shall be prepared under the direction of, and certified by, an Engineer.

17

A letter of appointment shall be submitted by the proper company official confirming that the Engineer is authorized to prepare plans and specifications.  The Engineer shall be required to make periodic inspections during the closing of the Phosphogypsum Stack System or Component to ensure PSS Closure is being accomplished according to the Permanent Closure Plan.

(18) Nothing in this Section is intended to preclude the construction of a lined AHP or lined lime sludge treatment pond within the footprint of the Phosphogypsum Stack System.  The pond shall be constructed in accordance with the LDEQ solid waste permit and applicable provisions of Section VI, Attachment C (Operational Requirements During Phosphogypsum Stack System Closure) of Appendix 1 of the Consent Decree, and included in the Permanent Closure Plan. Within such a lined AHP or lined lime sludge treatment pond, the requirements for minimizing ponding and establishing vegetation cover are not applicable, as long as the pond is functioning as an AHP or lime treatment sludge pond.  Once the lined AHP or lined lime treatment sludge pond ceases to operate it shall close in conformance with the requirements of Section II of this Attachment, subject to all other applicable requirements of this Attachment, and the approved Permanent Closure Plan.  The construction of a lined AHP or lined lime treatment sludge pond does not alter the deadlines or conditions associated with the initiation and completion of PSS Closure of the other Components of the Phosphogypsum Stack System.

(19) No person shall manage, store or dispose of Phosphogypsum except within the lined Phosphogypsum Stack System as delineated by the Site Map in Appendix 1, Attachment B of the Consent Decree, or as otherwise specified in the Consent Decree or approved Permanent Closure Plan.  Storage and containment of Process Wastewater and Leachate is prohibited outside the footprint of the Phosphogypsum Stack System as specified in Section IV, Attachment C of Appendix 1 of the Consent Decree.  This provision shall not be construed to prohibit the reuse of Phosphogypsum not otherwise prohibited by law and in compliance with Section III, Paragraph(6) of this Attachment.

## III.  Closure Procedures for Phosphogypsum Stack Systems or Components

(1) <u>Closure Inspections</u>.  LDEQ and/or the EPA may specify in the Permanent Closure Plan which particular closure steps or operations must be inspected and approved by LDEQ and/or EPA before proceeding with subsequent closure actions of the Phosphogypsum Stack System or Component.

(2) <u>Final Survey and Record Drawings</u>.  A final survey shall be performed, after Stack Closure is complete, by an Engineer and registered land surveyor to verify that final contours and elevations of the Phosphogypsum Stack System or Component are in accordance with the Permanent Closure Plan as approved by LDEQ and/or EPA.  Aerial mapping techniques that provide equivalent survey accuracy may be substituted for the survey.

(a) The survey or aerial mapping information shall be included in a report along with information reflecting the record drawings of the Phosphogypsum Stack System.  Contours should be shown at five (5)-foot intervals.

(b) PCS Nitrogen shall submit this report to LDEQ and EPA in accordance with the closure schedule in the Permanent Closure Plan.

(3) <u>Certification of Closure</u>.  PCS Nitrogen shall provide a Certification of Closure or a Certification of Partial Closure during Stack Closure, as applicable, or a Certification of Closure for a Component during the Long-Term Care period, as set out in Paragraphs (3)(a), 3(b) and (3)(c), below.  PCS Nitrogen shall provide a Closure Construction Quality Assurance Report with each Certification of Closure or Certification of Partial Closure as set forth in Section II, Paragraph(15).

(a)  The Certification of Closure for Stack Closure shall be submitted to LDEQ and EPA no later than sixty (60) Days after completion of Stack Closure.  The Certification of Closure shall be signed, dated and sealed by a Third-Party Engineer certifying the Stack Closure is completed and in accordance with the approved Permanent Closure Plan.  PCS Nitrogen shall provide with the Certification of Closure any activity undertaken to complete closure in accordance with the approved Permanent Closure Plan that is not specified in the Permanent Closure Plan or specified in a Closure Construction Quality Assurance Report (Section II, Paragraph (15) of this Attachment).

(b)  PCS Nitrogen may submit a Certification for Partial Closure of a Component during Stack Closure for EPA and/or LDEQ approval.  PCS Nitrogen shall submit the Certification of Partial Closure in accordance with Paragraph (3)(b)(i), below.  If PCS Nitrogen submits one or more Certifications of Partial Closure during Stack Closure, within sixty (60) Days of completing the final activity(ies) under Stack Closure in accordance with the approved Permanent Closure Plan, PCS Nitrogen shall submit a final Certification of Closure.  The final Certification of Closure shall reference the approved Certification(s) of Partial Closure and certify the Stack Closure is complete and in accordance with the Permanent Closure Plan.  Also, PCS Nitrogen shall provide with the final Certification of Closure any activity undertaken to complete closure in accordance with the approved Permanent Closure Plan not otherwise specified in the Permanent Closure Plan, specified in a Certification of Partial Closure, or specified in a Closure Construction Quality Assurance Report (Section II, Paragraph (15) of this Attachment).  The Certification of Closure shall be signed, dated and sealed by a Third-Party Engineer.

(i) The Certification of Partial Closure shall be submitted within sixty (60) Days of completion of the closure activities for the specific Component.  The Certification of Partial Closure, certifying the Partial Closure is completed and in accordance with the approved Permanent Closure Plan, shall be signed, dated and sealed by a Third-Party Engineer.

(ii) PCS Nitrogen shall provide the following information with the Certification of Partial Closure:  (A) identify the Component closed during Stack Closure; and (B) any activity undertaken to complete closure in accordance with the approved Permanent Closure Plan that is not specified in the Permanent Closure Plan or specified in a Closure Construction Quality Assurance Report (Section II, Paragraph (15) of this Attachment).

19

(c) The Certification of Closure for a Component during the Long-Term Care period shall be submitted within sixty (60) Days of completion of the closure activities for the specific Component. The Certification of Closure, certifying the closure of the Component is completed and in accordance with the approved Permanent Closure Plan, shall be signed, dated and sealed by a Third-Party Engineer. PCS Nitrogen shall provide the following information with the Certification of Closure: (i) identify the Component closed during the Long-Term Care period; (ii) any activity undertaken to complete closure in accordance with the approved Permanent Closure Plan that is not specified in the Permanent Closure Plan or specified in a Closure Construction Quality Assurance Report (Section II, Paragraph (15) of this Attachment); and (iii) update to the information submitted to LDEQ and EPA under Paragraph (2) of this Section, if needed.

(4) Inspection and Approval of a Certification of Partial Closure. In the event that PCS Nitrogen undertakes Partial Closure of a Component during Stack Closure and submits in accordance with Section III, Paragraph (3)(b) a Certification of Partial Closure with the required supporting documentation required under Section III, Paragraph (2), LDEQ within thirty (30) Days of receipt of the Certification of Partial Closure will conduct a closure inspection pursuant to LAC 33:VII.407.E. Following an evaluation of the Certification of Partial Closure documentation and closure inspection, LDEQ will by letter inform PCS Nitrogen if the Partial Closure of a Component during Stack Closure is complete and approved. If LDEQ does not issue such a letter within sixty (60) Days of the closure inspection, PCS Nitrogen may request a meeting with LDEQ to discuss LDEQ's findings. LDEQ agrees to schedule such a meeting upon request by PCS Nitrogen.

(5) Official Date of Stack Closure or Long-Term Care Component Closure. Upon receipt of the complete documentation required in Section III, Paragraphs (2)-(3), as applicable, LDEQ and/or EPA shall acknowledge by letter to PCS Nitrogen that the final Certification of Stack Closure or the Certification of Closure of a Component during Long-Term Care has been received. Pursuant to LAC 33:VII.407.E, LDEQ will conduct a final closure inspection within thirty (30) Days of receipt of the final Certification of Stack Closure, or closure of a Component during Long-Term Care, which inspection may also be attended by EPA. Following an evaluation by LDEQ and/or EPA, of the final Certification documentation and the closure inspection, LDEQ and/or EPA will by letter inform PCS Nitrogen if the final Certification of Stack Closure, or closure of a Component during the Long-Term Care period, is complete and approved. If approved, the date of this letter from LDEQ and/or EPA shall be the official date of Stack Closure or of the closure of a Component during Long-Term Care for purposes of determining the beginning of the Long-Term Care period. Until such approval, PCS Nitrogen shall continue, in accordance with the Permanent Closure Plan, to conduct the activities (e.g., treatment of Leachate) required to protect human health and the environment. If LDEQ does not issue such a letter within sixty (60) Days of the closure inspection, PCS Nitrogen may request a meeting with LDEQ to discuss LDEQ's findings. LDEQ agrees to schedule such a meeting upon request by PCS Nitrogen.

(6) Use of Closed Phosphogypsum Stack System or Component. A closed Phosphogypsum Stack System or Component if disturbed, is a potential hazard to public health, groundwater and

the environment.  Consultation with and approval by LDEQ and/or EPA is required before conducting activities that may disturb the closed Phosphogypsum Stack System or Component, except for routine maintenance and repair activities.

## IV.  Long-Term Care for Phosphogypsum Stack System or Component

Applicability.  Long-Term Care shall be undertaken in accordance with the applicable requirements of Section II of this Attachment and the approved Permanent Closure Plan.

(1) Initiation of Long-Term Care Period.  The Long-Term Care period begins once Stack Closure or closure of a Long-Term Care Component has been deemed accomplished in accordance with Section III, Paragraph (5), above.

(2) Long-Term Care Period.  PCS Nitrogen shall be responsible for Long-Term Care, including the requirements of Section II of this Attachment and in accordance with an approved Permanent Closure Plan, for fifty (50) years from the date of closure as specified in (1), above, unless a reduced Long-Term Care period is approved by LDEQ and/or EPA in accordance with Section IV, Paragraphs (4) or (5), below.

(3) Extension of Long-Term Care Period.  Before the expiration of the Long-Term Care period, LDEQ and/or EPA may extend the time period if it is determined that:

(a) The closure design or Closure Operation Plan under the Permanent Closure Plan was ineffective in meeting the standards of this Attachment, or

(b) The extension of the Long-Term Care period is necessary to protect human health and the environment.

(4) Reduced Long-Term Care Period for Phosphogypsum Stack System.  PCS Nitrogen may request, in writing, a reduced Long-Term Care period.  LDEQ and/or EPA may approve, within its sole discretion, the request if the information provided by PCS Nitrogen substantiates its claim that the reduced period is sufficient to protect human health and the environment.  The request must, at a minimum, demonstrate that the Phosphogypsum Stack System addresses the five criteria, below, and provide any other information relevant to establishing that the reduced period is sufficient to protect human health and the environment:

(a) The Phosphogypsum Stack System has been constructed and operated in accordance with approved standards, and has a Leachate Collection System and/or a Liner that has controlled, minimized or eliminated releases;

(b) The Phosphogypsum Stack System is closed with appropriate Final Cover, that the vegetative cover has been established, and a groundwater monitoring system has been installed and is operating as intended;

(c) The Phosphogypsum Stack System has a twenty (20)-year history after the date of Stack Closure (*see* Section III, Paragraph 5, above) of no unresolved violations of groundwater and surface water (for surface water other than Components approved to operate during Long-Term Care under Section II, Paragraph (2)(b) of this Attachment) quality standards or criteria detected in the monitoring system, and no increases over background water for any monitoring parameters that may be expected to result in violations of groundwater quality standards or criteria;

(d) The Phosphogypsum Stack System has had no detrimental erosion of the Final Cover; and

(e) The Final Cover does not require continued monitoring and maintenance.

(5) <u>Reduced Long-Term Care Period of Approved Component(s) for Long-Term Care</u>.  PCS Nitrogen may request, in writing, a reduced Long-Term Care period as specified below for Components approved to operate during Long-Term Care (*see* Section II, Paragraph (2)(b) of this Attachment).  LDEQ and/or EPA may approve, within its sole discretion, the request.  PCS Nitrogen shall provide information with the request that is in accordance with this Paragraph and any additional information to substantiate PCS Nitrogen's claim that the reduced period is sufficient to protect human health and the environment.

(a) PCS Nitrogen shall not request a reduction in the Long-Term Care period of an approved Component(s) if the request reduces the Long-Term Care period for that Component to five (5) years or less;

(b) PCS Nitrogen's request for a reduction of the Long-Term Care period for a Long-Term Care Component shall, at a minimum, demonstrate that the Component addresses the criteria of Section IV, Paragraph (4)(a)-(e), above, and provide any other information relevant to establishing that the reduced period is sufficient to protect human health and the environment.

(6) <u>Replacement of Monitoring Devices</u>.  If a monitoring well or other device required by the monitoring plan is destroyed or fails to operate for any reason, PCS Nitrogen shall, as soon as possible but no later than seven (7) Days after discovery, notify LDEQ and/or the EPA in writing.  All inoperative monitoring devices shall be replaced with functioning devices within sixty (60) Days of the discovery of the malfunctioning unit unless PCS Nitrogen is notified otherwise in writing by LDEQ and/or EPA.

(7) <u>Certification of Long-Term Care Completion</u>.  A certification of Long-Term Care completion, in accordance with the Permanent Closure Plan, signed, dated and sealed by a Third-Party Engineer shall be provided by PCS Nitrogen to LDEQ and/or the EPA upon completion of Long-Term Care for the Phosphogypsum Stack System or Component.  Following evaluation by LDEQ and/or EPA, LDEQ and/or EPA will inform PCS Nitrogen, by letter, if the completion certification is accepted and Long-Term Care is completed.  The date of the letter shall be the official date of completion of the Long-Term Care.  Until such evaluation and acceptance by

LDEQ and/or EPA of the completion certification, PCS Nitrogen shall continue in accordance with the Permanent Closure Plan.

PCS Nitrogen
Geismar Appendix 1, Attachment D:  Closure of Phosphogypsum Stack Systems or Components