# ATTACHMENT E: CRITICAL CONDITIONS AND TEMPORARY MEASURES

## I. Critical Conditions: Requirements for Perimeter Dikes

(1) When a critical condition is suspected during any inspection, PCS Nitrogen shall ensure within twenty-four (24) hours that a competent technical representative of PCS Nitrogen is made aware of the suspected critical condition. If PCS Nitrogen confirms the existence of the critical condition, it shall provide notice to LDEQ and EPA within forty-eight (48) hours of such confirmation. PCS Nitrogen shall, for review by LDEQ and EPA, follow up with a written report of the condition and the actions proposed, taken, or to be taken for its correction, and such report shall be submitted to LDEQ and EPA within seven (7) Days of the discovery of the critical condition in accordance with Section VII (Reporting Requirements), of the Consent Decree.

(2) PCS Nitrogen shall submit to EPA and LDEQ an interim status report regarding resolution of the critical condition every thirty (30) Days until the critical condition is resolved, unless waived by EPA. If the critical condition persists for longer than ninety (90) Days, PCS Nitrogen, with explanation, may request approval of a revised schedule for submittal of the interim status reports. Approval of PCS Nitrogen's request is within the sole discretion of the Agencies.

(3) Within seven (7) Days of completion of the actions taken to resolve the reported critical condition, PCS Nitrogen shall submit a Critical Condition Completion Report for review by EPA and LDEQ.

(4) Any of the following items shall be considered as indicating a critical condition that requires immediate investigation and may require emergency maintenance action:

    (a) Abnormal dead vegetation or damp areas on the Outside (downstream) Slope, at the Toe of slope of the Perimeter Dike, or downstream from the Toe of slope of the Perimeter Dike that could be indicative of Process Wastewater/Leachate leaks;

    (b) Surface erosion, gullying or wave erosion on the Inside (upstream) Slope of the Perimeter Dike;

    (c) Surface erosion or gullying on the Outside (downstream) Slope of the Perimeter Dike;

    (d) Erosion below any conduit through the Perimeter Dike near or at the Toe of slope of the Perimeter Dike;

    (e) Visible flow of Leachate on the Outside (downstream) Slope, at the Toe of slope of the Perimeter Dike, or downstream from the Toe of slope of the Perimeter Dike (*e.g.*, boils, soil cones, springs or deltas);

    (f) Evidence of slope instability including sloughing, bulging or heaving of the Outside (downstream) Slope, or subsidence of any Perimeter Dike slope or crest;

(g) Cracking of surface on crest or either face of the Perimeter Dike slope;

(h) Leaks in the vicinity of or around any conduit through the Perimeter Dike; or

(i) Observed or suspected damage to the Liner system where there is a release or the potential for a release of Process Wastewater, Leachate, or contaminated water (*e.g.*, freshwater in contact with Process Wastewater) from the Liner system.

**II. Critical Conditions: Requirements for Phosphogypsum Stack Systems**

(1) When a critical condition is suspected during any inspection, the inspector shall ensure within twenty-four (24) hours that a competent technical representative of PCS Nitrogen is made aware of the suspected critical condition. If the existence of the critical condition is confirmed by PCS Nitrogen, LDEQ and EPA shall be notified within forty-eight (48) hours of such confirmation. PCS Nitrogen shall, for review by LDEQ and EPA, follow up with a written report of the condition and the actions proposed, taken, or to be taken for its correction, and such report shall be submitted to LDEQ and EPA within seven (7) Days of the discovery of the critical condition in accordance with Section VII (Reporting Requirements) of the Consent Decree.

(2) PCS Nitrogen shall submit to EPA and LDEQ an interim status report regarding resolution of the critical condition every thirty (30) Days until the critical condition is resolved, unless waived by EPA. If the critical condition persists for longer than ninety (90) Days, PCS Nitrogen, with explanation, may request approval of a revised schedule for submittal of the interim status reports. Approval of PCS Nitrogen's request is within the sole discretion of the Agencies.

(3) Within seven (7) Days of completion of the actions taken to resolve the reported critical condition, PCS Nitrogen shall submit a Critical Condition Completion Report for review by EPA and LDEQ.

(4) Any of the following items shall be considered as indicating a critical condition that requires immediate investigation and may require emergency maintenance action:

(a) Visible flow of Leachate (*e.g.,* springs or boils) on the face of a Phosphogypsum Stack slope, at the Toe of the slope, or beyond the Toe of slope with active signs of Piping at the point of visible flow of Leachate (*e.g.*, a gypsum or soil cone or delta at the point of discharge);

(b) Evidence of slope instability including sloughing, slumping, bulging or heaving of the face of the Phosphogypsum Stack or the Toe of the slope, or the area beyond the Toe of the Slope, or signs of settlement or differential movement beyond that reasonably expected, at one area of the Phosphogypsum Stack relative to adjacent areas or near the Phosphogypsum Stack crest;

(c) Lateral movement or subsidence of the slope or crest of the Phosphogypsum Stack;

(d) Formation of new non-shrinkage cracks or enlargement of existing non-shrinkage cracks (½ inch or larger) in the surface of the slope or crest of the Phosphogypsum Stack;

(e) Observed or suspected damage to the Liner system where there is a release or the potential for a release of Process Wastewater, Leachate, or contaminated water (*e.g.,* freshwater in contact with Process Wastewater) from the Liner system;

(f) Drains discharging turbid water;

(g) Drains not functioning (*i.e.*, an abrupt change in the discharge rate from the Drain); or

(h) Springs, boils, and/or leaks in the vicinity of a decant pipe.

### III. Temporary Measures: Use of Minimum Required Freeboard to Prevent Release

(1) <u>Temporary Use of the Minimum Required Freeboard</u>.  Temporary use of the Minimum Required Freeboard of a Perimeter Dike or a Gypsum Dike is authorized when the water level is at the Minimum Required Freeboard and when such use is necessary to prevent the release of untreated Process Wastewater or Leachate from the Phosphogypsum Stack System.  Such use of the Minimum Required Freeboard shall only be allowed as set forth in Section III, Paragraph 9(d) of Appendix 1, Attachment C of the Consent Decree for the duration of the emergency conditions.

### IV. Temporary/Emergency Measures

(1) If PCS Nitrogen determines that temporary measures are needed to receive and store Process Wastewater, Leachate, or contaminated water (*e.g.*, freshwater in contact with Process Wastewater) from the Phosphogypsum Stack System to avoid safety-related problems, including but not limited to critical conditions, and/or to avoid or reduce the unpermitted discharge of wastewater from the Phosphogypsum Stack System to surface waters outside of the footprint of the Phosphogypsum Stack System and 1st Stage LSSI, PCS Nitrogen shall contain such excess waters in one or more AHPs or the 1st Stage LSSI at the Facility in accordance with any applicable LDEQ permits, with notice to LDEQ and EPA.

(2) PCS Nitrogen shall not use for temporary containment any units or impoundments not authorized by LDEQ to receive and store wastewaters from the Phosphogypsum Stack System.

(3) Nothing in this Attachment waives or restricts any LDEQ authority to require or set conditions for the appropriate containment of wastewaters, Leachate, or contaminated water within the Facility.

(4) PCS Nitrogen must Transport wastewaters to/from the 1st Stage LSSI if used for temporary containment through an emergency spillway or by pumping where necessary.

(5) If the Perimeter Dike of the Phosphogypsum Stack System is an above-grade Dike, then the

Phosphogypsum Stack System may incorporate an emergency spillway, with notice to LDEQ and EPA, to allow for the controlled release of Process Wastewater during emergencies and to avoid overtopping of the Perimeter Dike.  The spillway shall be located so as to minimize the environmental impact of any release to the extent practicable.  This provision shall not be deemed to authorize a discharge from the spillway and shall not be construed to limit LDEQ and/or EPA's reservations of rights in Section XII (Effect of Settlement/Reservation of Rights) of the Consent Decree.

(6) Following any emergency discharge into an AHP or the 1st Stage LSSI, and within sixty (60) Days after such discharge is initiated, PCS Nitrogen shall submit a plan to LDEQ and EPA for approval, including a schedule, to remove and treat waters stored in an AHP and/or the 1st Stage LSSI pursuant to Paragraph (1) above.  Upon receipt of EPA and LDEQ approval, PCS Nitrogen shall initiate all steps necessary in accordance with the approved plan and schedule to remove the discharge from the AHP and/or the 1st Stage LSSI, and remediate the area if necessary, to return that impoundment to its prior use.