# ATTACHMENT F: DEFINITIONS FOR ATTACHMENTS TO THE CONSENT DECREE

Every term expressly defined in the Consent Decree (including this Attachment) shall have the meaning given that term in the Consent Decree, regardless of whether it is elsewhere defined in federal or state law. Every other term used in the Consent Decree that is also a term used under RCRA, as amended, 42 U.S.C. §§ 6901 *et seq.*, its implementing regulations, or La. R.S. 30:2171 *et seq.* and its implementing regulations, shall have the same meaning in the Consent Decree as such term has under RCRA, corresponding federal regulations, La. R.S. 30:2171 *et seq.*, or LAC 33:V, LAC 33:VII, and LAC 33:IX. In the case of a conflict between federal and state definitions, state definitions, as interpreted by LDEQ, shall control. These definitions do not control the interpretation of the same or similar terms as used in an LDEQ permit.

*"1st Stage LSSI"* means the first phase lime sludge settling impoundment outside the footprint of the Phosphogypsum Stack System, as depicted on Appendix 1, Attachment B of the Consent Decree.

*"2nd Stage LSSI"* means the second phase lime sludge settling impoundment located inside the footprint of the Active Clearwell.

*"25-year Rainfall Event"* means a rainfall event which is characterized by a mean return period of twenty-five years (i.e., a rainfall event which has a 96% probability for not being exceeded during any given year).

*"100-year Rainfall Event"* means a rainfall event which is characterized by a mean return period of one hundred years (i.e., a rainfall event which has a 99% probability for not being exceeded during any given year).

*"Active"* means a Phosphogypsum Stack System or Component that receives or stores Phosphogypsum and/or Process Wastewater from an operating or closed phosphoric acid production facility, and that has not yet undergone Partial Closure.

*"Aquifer"* means a geologic formation, group of formations, or part of a formation capable of yielding a significant amount of groundwater to wells, springs, or surface water.

*"Auxiliary Holding Pond"* or *"AHP"* means a lined Storage pond, designated by the operator and approved by LDEQ and/or the EPA, typically used to hold untreated Process Wastewater and Leachate. AHPs are intended to increase system Storage above that otherwise provided by Cooling Ponds or Surge Ponds and are typically located within the footprint of a Phosphogypsum Stack System.

*"Berm"* means a thickened volume of materials that breaks the continuity of the slope of an embankment in order to arrest the velocity of storm water flowing down the face and/or to enhance the stability of the embankment.

*"Component"* means a Phosphogypsum Stack or any portion thereof, Outside Slope, AHP, Cooling Pond, Surge Pond, lime treatment pond(s) within the definition of Phosphogypsum Stack System, Toe drainage swales, and Process Wastewater and Leachate channels or ditches, or any other Process Wastewater and Leachate collection or conveyance system within the definition of Phosphogypsum Stack System.

*"Cooling Pond"* means impounded areas within the Phosphogypsum Stack System, excluding settling compartments atop the Phosphogypsum Stack, that provide cooling capacity for the phosphoric acid Process Wastewater recirculation system including Phosphogypsum Stack Transport, runoff, and Leachate from the Process Watershed.

*"Dike"* means a barrier to the flow of Phosphogypsum, Process Wastewater and Leachate which is constructed of naturally occurring soil (Earthen Dike) or of Phosphogypsum (Gypsum Dike), and which is a Component of a Phosphogypsum Stack System.

*"Drain"* means a material more pervious than the surrounding fill which allows Pore Water or Leachate to drain freely while preventing Piping or internal erosion or hollowing of the fill material.

*"Earthen Dike"* means a barrier to the flow of Phosphogypsum, Process Wastewater and Leachate which is constructed of naturally occurring soil and which is a Component of a Phosphogypsum Stack System.

"*Engineer*" means a person who holds a Louisiana license as a Professional Engineer to engage in the practice of engineering.

*"Fetch"* means the unobstructed distance traveled by wind or waves across a body of water.

*"Final Cover"* means the materials used to cover the top and sides of any Component of a Phosphogypsum Stack System upon PSS Closure in accordance with Appendix 1, Attachment D of the Consent Decree.

*"Geomembrane"* means a low-permeability synthetic membrane used as an integral part of a system designed to limit the movement of liquid or gas in the system.

*"Gypsum Dike"* means the outermost Dike constructed from Phosphogypsum within the perimeter formed by a Starter Dike for the purpose of raising a Phosphogypsum Stack and impounding Phosphogypsum and/or Process Wastewater. This term specifically excludes any Dike inboard of a rim ditch, any partitions separating Phosphogypsum Stack compartments, or any temporary windrows placed on the Gypsum Dike. A Dike constructed out of Phosphogypsum that constitutes a Perimeter Dike shall be treated as a Perimeter Dike.

*"Inactive"* means a Phosphogypsum Stack System or Component that is no longer receiving Phosphogypsum and/or Process Wastewater.

*"Inside (upstream) Slope"* means the face of a Dike that will be in contact with the impounded liquids.

*"Lateral Expansion"* means the expansion, horizontally, of Phosphogypsum or Process Wastewater Storage capacity beyond the permitted capacity (where applicable) and design dimensions (i.e., footprint) of the Phosphogypsum Stack, or Cooling Ponds and Surge Ponds, and perimeter drainage conveyances at an existing Facility. Any Phosphogypsum Stack, Cooling Pond, Surge Pond, or perimeter drainage conveyance that is constructed within 2000 feet of an existing Phosphogypsum Stack System, measured from the edge of the expansion nearest to the edge of the footprint of the existing Phosphogypsum Stack System, is considered a Lateral Expansion. A fully enclosed building, container or tanks, or lime treatment pond outside the footprint of the Phosphogypsum Stack System does not constitute a Lateral Expansion.

*"Leachate"* means a liquid or drainable Pore Water that has passed through or emerged from Phosphogypsum that may be collected in a Leachate Collection System within the Phosphogypsum Stack System.

*"Leachate Collection System"* means a system designed, installed, and maintained to collect Leachate and minimize migration of Leachate into groundwater and/or surface water.

*"Liner"* means a continuous layer of low permeability natural or synthetic materials that controls the downward and lateral escape of waste constituents or Leachate from a Phosphogypsum Stack System or Component.

*"Long-Term Care"* means the period following Stack Closure during which long-term care activities (e.g., monitoring and maintenance to minimize or prevent releases from the Phosphogypsum Stack System; treatment of Leachate) are undertaken as specified in Appendix 1, Attachment D of the Consent Decree and in accordance with the Permanent Closure Plan, to protect human health and the environment.

*"Minimum Required Freeboard"* means the required vertical distance where impounded water levels are measured from the lowest point on a Dike crest, excluding an emergency spillway, to the highest adjacent liquid surface within the impoundment.

*"Outside (downstream) Slope"* means the face of a Dike that will not be in contact with the impounded liquids (downstream).

*"Partial Closure"* means activities to secure and close a Component after it ceases to accept waste, in accordance with applicable requirements of Appendix 1, Attachment D of the Consent Decree, and the approved Permanent Closure Plan, as well as to prepare such Component for Long-Term Care.

*"Perimeter Dike"* means the outermost Earthen Dike surrounding a Phosphogypsum Stack System that has not been closed or any other Earthen Dike, the failure of which could cause a release of Process Wastewater outside the Phosphogypsum Stack System.  In the case of a vertical expansion, the HDPE lined outermost Dike shall also be considered a Perimeter Dike, even if it is constructed with Phosphogypsum, if its failure could cause a release of Process Wastewater outside the Phosphogypsum Stack System.

*"Permanently Deactivated"* means the Phosphogypsum Stack System or Component has ceased receiving and will no longer receive Phosphogypsum and/or Process Wastewater generated from phosphoric acid production operations and that area is defined as ready for all PSS Closure to begin.

*"Piping"* means progressive erosion of soil or solid material within the Dike or foundation materials, starting downstream and working upstream, creating a tunnel into the Dike.  Piping occurs when the velocity of the flow of Pore Water is sufficient for the water to transport material from the embankment or foundation.

*"Pore Water"* means the water contained in the interstices/pore space of a Phosphogypsum Stack.  Pore Water that has passed through or emerged from the Phosphogypsum Stack is referred to as Leachate.  Pore Water also can become Seepage as defined herein.

*"Process Watershed"* means the aggregate of all areas that contribute to or generate additional Process Wastewater from direct precipitation, rainfall runoff, or Leachate to a Phosphogypsum Stack, Process Wastewater Cooling/Surge Ponds, or any other Storage, collection, or conveyance system associated with the Transport of Phosphogypsum, Process Wastewater, or Leachate for a particular Phosphogypsum Stack System.

*"Qualified Company Employee"* means an employee trained specifically in the area of their job duties.

*"Remediation Soils"* means soils excavated from the former phosphoric acid production area at the Facility, as depicted in Attachment A of Appendix 1 of the Consent Decree, following decommissioning of the phosphoric acid plant.

*"Seepage"* means the slow escape of Pore Water from the surface of a Phosphogypsum Stack or through pinhole leaks in the Liner not susceptible to direct observation.  Although technically Leachate, Seepage is distinguished from Leachate as occasional and/or minor and exhibiting no visible flow.

*"Soil Liner"* means a Liner constructed from naturally occurring earthen material.  This definition expressly excludes any Liner constructed of synthetic material or Phosphogypsum.

*"Stack Closure"* means when a Phosphogypsum Stack System ceases to accept waste and actions are undertaken to secure and close the Phosphogypsum Stack System in accordance with applicable requirements of Appendix 1, Attachment D of the Consent Decree, and the approved Permanent Closure Plan, as well as prepare the Phosphogypsum Stack System for Long-Term Care.

*"Starter Dike"* means the initial Dike constructed at the base of a Phosphogypsum Stack to begin the process of storing Phosphogypsum.

*"Storage"* means the containment of wastes, either on a temporary basis or for a period of years, in such a manner as not to constitute disposal of such wastes.

*"Surge Pond"* means impounded areas within the Phosphogypsum Stack System, excluding settling compartments atop the Phosphogypsum Stack, that provide surge capacity for the phosphoric acid Process Wastewater recirculation system including Phosphogypsum Stack Transport, runoff, and Leachate from the Process Watershed.

*"Third-Party Engineer"* means an Engineer who is not an employee of any entity that owns or operates a phosphate mine or Facility.

*"Toe"* means the junction between the face of the Dike and the adjacent terrain.

"*Toe Drain"* is a Drain located at the Toe of the Dike.

*"Transport"* means the movement of wastes from the point of generation to any intermediate points, and finally to the point of Storage or disposal.

*"Wave Height"* means the average height of the waves that may be determined for design purposes as a function of sustained wind speed, Fetch, and wind duration.

*"Wave Run-up"* means the difference in vertical height between the maximum elevation attained by wave run up or uprush on a slope and the still water elevation at the inboard Toe of the slope.

*"Wind Setup"* means the extent to which a gradient on the water surface is caused by wind pushing the liquid to the far side of an impoundment.