# Attachment G

# Phosphogypsum Stack System Permanent Closure Plan Checklist

## PART I – INSTRUCTIONS

PCS Nitrogen shall complete and submit this form, certified by PCS Nitrogen and an Engineer, along with the proposed Permanent Closure Plan for a Phosphogypsum Stack System or Component. If additional space is needed, separate, properly identified sheets of paper may be attached. All blanks shall be filled in or modified N/A (not applicable). Note: This form is a checklist; the form does not substitute for the substantive requirements for Phosphogypsum Stack System Closure ("PSS Closure") in Attachment D or in the Permanent Closure Plan.

In addition to the information listed on this form, PCS Nitrogen shall submit all information necessary to evaluate the proposed Permanent Closure Plan to ensure that closure of the Phosphogypsum Stack System or Component is designed to protect public health or the environment. A minimum of four copies of this document and attachments (preferably in a large binder) shall be submitted to the appropriate offices at LDEQ and EPA Region 6.

Note: Appendix 1, Attachment F, provides applicable definitions.

## PART II - GENERAL INFORMATION

(1) Checklist for permanent closure and addressing Long-Term Care of:

☒ Phosphogypsum Stack System; ☐ Component - Phosphogypsum Stack; ☐ Component [insert unit];

☐ other _____

(2) Facility name: <u>PCS Nitrogen Fertilizer, L.P. Geismar Phosphogypsum Stack System</u>

(3) Facility RCRA EPA ID No.: <u>LAD 980 875 934: LAR 000 054 791</u>

(4) Facility location (main entrance): <u>10886 Louisiana Highway 75, Geismar, LA 70734</u>

(5) Location coordinates: <u>Latitude 30º 14' 39.47"N</u>  <u>Longitude 91º 2' 28.48"W</u>

Section _____  <u>Township 9S Range 2E</u>  UTMs: Zone _____  _____ km E  _____ km N

(6) Submitting Company Name (Operating Authority): <u>PCS Nitrogen Fertilizer, LP</u>

Street Address & P. O. Box: <u>10886 Louisiana Highway 75, PO Box 307, Geismar, LA</u>

City: <u>Geismar</u>  County: <u>Ascension/Iberville Parish</u>  Zip: <u>70734</u>

Contact Person: Name: <u>Cecil Hopper</u>  Phone: <u>(225) 621-1659</u>

Email: <u>Cecil.Hopper@Nutrien.com</u>

(7) Authorized Agent/Consultant Name: <u>Ardaman & Associates, Inc.</u>

Contact Person: Name: <u>John E. Garlanger, Ph.D., PE (FL)</u>  Phone: <u>(407) 448-4728</u>

Email: jgarlanger@ardaman.com

Street Address & P. O. Box: 8008 So. Orange Ave, PO Box 593003

City: Orlando     County: Orange     Zip: 32809

Landowner (if different from PCS Nitrogen): 

Address of Landowner: Street & P. O. Box: 

City:     County:     Zip: 

## PART III - CLOSURE PLAN GENERAL REQUIREMENTS

The following information items must be included in the Permanent Closure Plan (PCP) submittal or an explanation given if they are not applicable.

| | Completeness Check | Binder Location |
|---|---|---|
| (1) Four copies of the completed form, all supporting data and reports | ☒ | |
| (2) A letter of transmittal to the LDEQ and the EPA | ☒ | Attached to PCP |
| (3) A table of contents listing the main sections of the Closure Plan | ☒ | Attached to PCP |
| (4) Engineer certification | ☒ | Attached to PCP |
| (5) Engineer's letter of appointment, if applicable | ☐ | N/A |
| (6) Permanent Closure Plan | ☒ | |
| (7) Copy of any lease agreement, transfer of property agreement with right of entry for Long-Term Care, or any other agreement between operator and property owner by which the closing and Long-Term Care of the Facility may be affected | ☐ | N/A |

## PART IV - CLOSURE PLAN REQUIREMENTS

The following information items must be included in the Closure Plan or an explanation given if they are not applicable.

| | Completeness Check | Binder Location |
|---|---|---|
| (1) General Information Report [Appendix 1, Attachment D, Section II, (4)] | ☒ | Sec. 1 PCP |
| (a) Identification of the Phosphogypsum Stack System | ☒ | Sec. 1 PCP |

2

| | | | |
|---|---|---|---|
| (b) | Name, address, and phone number of primary contact persons | ☒ | Sec. 1 PCP |
| (c) | Identification of persons or consultants preparing Permanent Closure Plan | ☒ | Sec. 1 PCP |
| (d) | Present property owner and Phosphogypsum Stack System operator | ☒ | Sec. 1 PCP |
| (e) | Location by township, range, section, and latitude and longitude of Phosphogypsum Stack System | ☒ | Sec. 1 PCP |
| (f) | A description of the physical configuration of the Phosphogypsum Stack System, including the Total acreage of the Phosphogypsum Stack System | ☒ | Sec. 1 PCP |
| (g) | Map of property as set forth in Appendix 1, Attachment A (Site Map) | ☒ | Sec. 1 PCP |
| (h) | Figure of Phosphogypsum Stack System with Component and/or unit designation set forth in Appendix 1, Attachment B | ☒ | Sec. 1 PCP |
| (i) | History and current status of the of Phosphogypsum Stack System, including construction dates, a general factual description of operations, and closure or post-closure activities | ☒ | Sec. 1 PCP |
| (2) | Area Information Report [Appendix 1, Attachment D, Section II, (5)] | ☒ | Sec. 2 PCP |
| (a) | Topography | ☒ | Sec. 2 PCP |
| (b) | Hydrology, including surface water drainage patterns and hydrologic features such as surface waters, springs, drainage divides and Wetlands | ☒ | Sec. 2 PCP |
| (c) | Geology, including the nature and distribution of lithology, unconsolidated deposits, major confining units, and sinkholes | ☒ | Sec. 2 PCP |
| (d) | Hydrogeology, including depth to groundwater table, groundwater flow directions, recharge and discharge areas used by public and private wells within one mile of the Phosphogypsum Stack System | ☒ | Sec. 2 PCP |
| (e) | Groundwater and surface water quality | ☒ | Sec. 2 PCP |
| (f) | Land use information | ☒ | Sec. 2 PCP |
| (3) | Cost Estimate [Appendix 1, Attachment D, Section II, (6)] | ☒ | Sec. 3 PCP |
| (4) | Groundwater Monitoring Plan and Site-specific Information [Appendix 1, Attachment D, Section II, (7)] | ☐ | Separate Cover |
| (5) | Surface water Management [Appendix 1, Attachment D, Section II, (8)] | ☒ | Sec. 6 PCP |
| (6) | Site-specific Water Management Plan [Appendix 1, Attachment D, Section II, (9)] | ☒ | Sec. 6 PCP |

| | | |
|---|---|---|
| (7) Site-specific Sludge Management Plan [Appendix 1, Attachment D, Section II, (10)] | ☒ | Sec. 7 PCP |
|    (a) Sludge generated from the treatment of Process Wastewater or Leachate | ☒ | Sec. 7 PCP |
|    (b) Sludge accumulating in the ponds or associated ditches and conveyances that will be generated during PSS Closure (e.g., removed from ponds, settling basins, and drainage conveyances, if necessary, so they can be closed) | ☒ | Sec. 7 PCP |
| (8) Assessment Report on the Effectiveness of Existing Phosphogypsum Stack System Design and Operation [Appendix 1, Attachment D, Section II, (11)] | ☒ | Sec. 5 PCP |
|    (a) Effectiveness and results of the groundwater monitoring | ☒ | Sec. 5 PCP |
|    (b) Effects of surface water runoff, drainage patterns, and existing storm water controls | ☒ | Sec. 6 PCP |
|    (c) Effectiveness and results of any groundwater Corrective Action | ☐ | Separate Cover |
| (9) Performance Standards [Appendix 1, Attachment D, Section II, (12)] | ☒ | Sec. 8 PCP |
|    (a) Phosphogypsum Stack System Closure shall be designed to protect human health and the environment by: | | |
|       i. Controlling, minimizing, or eliminating the post-closure escape of Phosphogypsum, Process Wastewater, Leachate, and contaminated runoff to groundwater and surface waters | ☒ | Sec. 8 PCP |
|       ii. Minimizing Leachate generation | ☒ | Sec. 8 PCP |
|       iii. Detecting, collecting, and removing Leachate and Process Wastewater efficiently from the Phosphogypsum Stack System and promoting drainage of Process Wastewater and Leachate from the Phosphogypsum Stack | ☒ | Sec. 8 PCP |
|       iv. Being compatible with any required groundwater or surface water corrective measures or Corrective Action | ☐ | |
|       v. Minimizing the need for further maintenance | ☒ | Sec. 8 PCP |
|       vi. Including the testing, monitoring, and maintenance of established wells for groundwater sampling | ☐ | Separate Cover |
|    (b) Final Cover shall be designed to protect human health and the environment by: | | |
|       i. Promoting drainage off the Phosphogypsum Stack | ☒ | Sec. 8 PCP |
|       ii. Minimizing ponding | ☒ | Sec. 8 PCP |

   iii. Minimizing erosion ☒ Sec. 8 PCP

   iv. Minimizing infiltration into the Phosphogypsum Stack ☒ Sec. 8 PCP

   v. Functioning with little or no maintenance ☒ Sec. 8 PCP

 (c) Treatment of Process Wastewater Leachate or sludge during PSS Closure shall be designed to protect human health and the environment by:

   i. Sampling and analyzing the Process Wastewater and Leachate and treating, if necessary, to meet the applicable federal and/or state standards ☒ Sec. 8 PCP

   ii. Sampling and analyzing the sludge and treating, if necessary, to meet the applicable federal and/or state standards ☒ Sec. 8 PCP

 (d) Closure of ponds and drainage conveyances storing Process Wastewater and Leachate shall be designed to protect human health and the environment by:

   i. Treating and/or removing Process Wastewater and Leachate ☒ Sec. 8 PCP

   ii. Disposition of sludges ☒ Sec. 8 PCP

(10) Closure Design Plan [Appendix 1, Attachment D, Section II, (13)] ☒ Sec. 9 PCP

 (a) A plan sheet showing phases of site closing ☒ Sec. 9 PCP

 (b) Drawing showing existing topography and proposed final grades ☒ Sec. 9 PCP

 (c) Final Cover design and installation plans ☒ Sec. 9 PCP

 (d) Leachate Collection System ☒ Sec. 9 PCP

 (e) Compliance with groundwater protection requirements of the LDEQ ☒ Sec. 9 PCP

 (f) Method of stormwater control ☒ Sec. 9 PCP

 (g) Method of access control ☒ Sec. 9 PCP

 (h) Future use of Phosphogypsum Stack System ☒ Sec. 9 PCP

(11) Closure Construction Quality Assurance Plan
[Appendix 1, Attachment D, Section II, (14)]

 (a) Detailed scope of work and construction activities ☒ Separate Cover

 (b) Detailed information on quality assurance methods/procedures and sampling test frequencies ☒ Separate Cover

|   |   |   |   |
|---|---|---|---|
| (c) | Contractor and Engineer reporting requirements | ☒ | Separate Cover |
| (d) | Clay Liner | ☒ | Separate Cover |
| (e) | Geomembrane Liner | ☒ | Separate Cover |

(12) Closure Construction Quality Assurance Report
[Appendix 1, Attachment D, Section II, (15)]

|   |   |   |   |
|---|---|---|---|
| (a) | Listing of personnel involved in closure construction and quality assurance activities | ☐ | Separate Cover |
| (b) | Scope of work | ☐ | Separate Cover |
| (c) | Outline of construction activities | ☐ | Separate Cover |
| (d) | Utilized quality assurance and procedures | ☐ | Separate Cover |
| (e) | Testing procedures and results | ☐ | Separate Cover |
| (f) | Record drawings | ☐ | Separate Cover |

(13) Phosphogypsum Stack System Closure Operation Plan
[Appendix 1, Attachment D, Section II, (16)]

|   |   |   |   |
|---|---|---|---|
| (a) | Be designed to protect human health and the environment | ☒ | Sec. 12 PCP |
| (b) | Describe actions which will be taken to close the Phosphogypsum Stack System | ☒ | Sec. 12 PCP |
| (c) | Describe the process to request and receive approval of a modification for the Permanent Closure Plan from LDEQ and to provide notice of requested modifications to EPA | ☒ | Sec. 12 PCP |
| (d) | Describe actions to address spills/leaks during PSS Closure | ☒ | Sec. 12 PCP |
| (e) | Time schedule for completion of PSS Closure | ☒ | Sec. 12 PCP |
| (f) | Appropriate reference to plan (e.g., Closure Design Plan) and other supporting documentation | ☒ | Sec. 12 PCP |
| (g) | Develop/include closure inspection plan | ☒ | Sec. 12 PCP |
| (h) | Develop/include closure operation log | ☒ | Sec. 12 PCP |
| (i) | Equipment and personnel needed to complete PSS Closure | ☒ | Sec. 12 PCP |

|  |  |  |  |
|---|---|---|---|
| (j) | Describe any proposed use of the PSS or Component for Storage and/or management of water and wastewaters that is not otherwise specified in the Site-specific Water Management Plan | ☒ | Sec. 12 PCP |
| (k) | Describe how the Phosphogypsum Stack System's closed design addresses stormwater, etc. that may affect erosion and maintenance of the closed PSS | ☒ | Sec. 12 PCP |
| (l) | Describe roadway design that allows access and egress for future inspections, maintenance, and repairs | ☒ | Sec. 12 PCP |
| (m) | Long-Term Care Plan | ☒ | Sec. 12 PCP |
| (n) | Describe/address security during PSS Closure | ☒ | Sec. 12 PCP |

(14) Certification by the Engineer
 [Appendix 1, Attachment D, Section II, (17)]   ☒

## PART V - CERTIFICATION BY PCS NITROGEN AND ENGINEER

(1) PCS Nitrogen Fertilizer, L.P.

The undersigned authorized representative of PCS Nitrogen Fertilizer, L.P. is aware that statements made in this form and the attached proposed Permanent Closure Plan are part of a Phosphogypsum Stack System Permanent Closure Plan submitted for approval to the LDEQ and/or the EPA and certifies that the information in this checklist is true, correct and complete to the best of his/her knowledge and belief. Furthermore, the undersigned agrees to comply with the requirements set out in Attachment D of Appendix 1 of the Consent Decree.

*[Signature]*
Signature of PCS Nitrogen Fertilizer, L.P. or Authorized Representative

Raef Sully, President, PCS Nitrogen Fertilizer Operations, Inc., (On behalf of and as General Partner of PCS Nitrogen Fertilizer, L.P.)
Name and Title

7/8/22
Date Signed

(2) Professional Engineer Licensed in Louisiana or Public Officer as required in Louisiana code.

This is to certify that the engineering features of the proposed Permanent Closure Plan are designed and conform to engineering principles applicable to Phosphogypsum Stack System Closure. In my professional judgment, this Facility's Permanent Closure Plan, when properly executed, will comply with the requirements of Attachment D of Appendix 1 of the Consent Decree. It is agreed that the undersigned will provide PCS Nitrogen with a set of instructions of proper maintenance and closure of the Facility.

_____
Signature

Rodrigo Home     Principal Engineer
Name and Title (Please type)

40518
State Registration Number

(Please affix seal)

[Seal: STATE OF LOUISIANA — RODRIGO HOME — License No. 40518 — PROFESSIONAL ENGINEER IN CIVIL ENGINEERING]

PO Box 593003
Mailing Address

Orlando, FL 32809
City, State, Zip Code

(407) 855-3860
Telephone Number (including area code)

07/07/2022
Date Signed