# Appendix 2
### (Financial Assurance)

In addition to the Appendix 2 text, Appendix 2 includes the following attached documents:

Attachment A: Chief Financial Officer Certification

Attachment B: Permanent Closure Plan

Attachment B: Instructions

Attachment B, Exhibit 1: Calculation of Imputed Deflators

Attachment B-2: Long-Term Care (Type B) Cost Adjustment

Attachment B-3: Long-Term Care (Type B) Cost Adjustment (Present Value)

Attachment C: Stack System Closure and Long-Term Care Cost Estimate for Phosphogypsum Stack System

Attachment D, Form 1: Trust Agreement

Attachment D, Form 1.A: Standby Trust Agreement

Attachment D, Form 2: Financial Guarantee Bond

Attachment D, Form 3: Performance Bond

Attachment D, Form 4: Irrevocable Standby Letter of Credit

Attachment D, Form 5: Certificate of Insurance for Stack System Closure and/or Long-Term Care

Attachment D, Form 6-A: Corporate Financial Test Letter from Chief Financial Officer [Type A]

Attachment D, Form 6-B: Corporate Financial Test Letter of the Chief Financial Officer [Type B]

Attachment D, Form 7: Corporate Guarantee

Attachment D, Form 8-A: Letter from Chief Financial Officer (Liability Coverage)

Attachment D, Form 8-B: Guarantee for Liability Coverage

Attachment D, Form 9: Certificate of Liability Insurance for Third-Party Claims for Sudden and/or Non-Sudden Accidental Occurrences Associated with Stack System Closure and/or Long-Term Care

Attachment E: Corporate Financial Test ("CFT") Criteria for Appendix 2, Section III.B [Type B]