Instructions:  The following Chief Financial Officer's ("CFO") Certification shall be used when required under Appendix 2 of the Consent Decree.  The CFO Certification shall be worded as follows except that instructions in brackets are to be replaced with the relevant information and the brackets deleted.

<u>Chief Financial Officer Certification</u>

I hereby certify as the Chief Financial Officer [*or insert, as appropriate, "a duly designated corporate officer"*] of [*insert Company name/designation*] under penalty of law, in accordance with the requirements of [*insert the specific Section/Paragraph of Appendix 2*] of the Consent Decree entered by the [*insert the District Court designation and case information*] that [*insert the substance of the certification being made and any additional information that is relevant for the certification*].  Based on my inquiry of persons directly responsible for gathering the information for this certification (and any attached documentation), the information submitted is, to the best of my knowledge and belief, true accurate and complete.  I am aware that there are significant penalties for submitting false information, including possible fine and imprisonment for knowing violations.

[*If required under Appendix 2 as part of the CFO Certification.*]  I have attached as supporting documentation:  [*insert a description of/information on the supporting documentation*.]

Date:                    _____

Signature:            _____

Print Name:         _____
Title:                   _____

Company:           _____
Address:             _____
                          _____
Telephone Number:  _____

E-mail:               _____